NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PATRICK H. OGUMA,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3053

---

Petition for review of the Merit Systems Protection Board in case no. SF3443110113-I-1.

---

## ON MOTION

---

## ORDER

The Merit Systems Protection Board moves out of time for an extension of time, until April 24, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The Board's response brief is due on or before April 24, 2012.

FOR THE COURT

APR 1 8 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Patrick H. Oguma
Lindsey Schreckengost, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 1 8 2012

. JAN HORBALY
CLERK